FILED 08 FEB '23 16:05 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:23-cr-00046-HZ |
| v. | INDICTMENT |
| MISAEL MENDEZ-CORTEZ, | 8 U.S.C. § 1326 |
| Defendant. | |

THE GRAND JURY CHARGES:

**COUNT 1**
**(Illegal Reentry)**
**(8 U.S.C. § 1326)**

On or about August 9, 2022, in the District of Oregon, defendant **MISAEL MENDEZ-CORTEZ**, an alien and citizen of Mexico, was found in the United States, having previously been denied admission, excluded, deported, and removed from the United States as an alien on December 6, 2016, defendant having knowingly and unlawfully re-entered, without the express consent of the Attorney General of the United States, or his successor, the

///

///

///

Secretary for Homeland Security, to his reapplying for admission to the United States from a place outside the United States;

In violation of Title 8, United States Code, Section 1326.

Dated: February ___ 2023.

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

_____
THOMAS S. RATCLIFFE, ILSB #6243708
Assistant United States Attorney